# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

TIMOTHY CRAIG RANDALL, SR.,
aka "timnevada"

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2422(b) - Use of a Facility of Interstate Commerce to Induce Minor to Engage in Criminal Sexual Activity; 18 U.S.C. § 2423(b) - Travel in Interstate Commerce with Intent to Engage in Illicit Sexual Conduct

*A true bill,*

_____/S/_____

Foreman.

*Filed in open court this* __23rd__ *day*

*of* __August__, A.D. 20 _06_

_____C. Schultz_____

Clerk.

Bail, $ 0 pending

GPO 863 525

1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



**FILED**

AUG 2 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 2:06-CR-0341 EJG |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 2422(b) - Use of a Facility of |
| v. | Interstate Commerce to Induce Minor to Engage in Criminal |
| TIMOTHY CRAIG RANDALL, aka "timnevada", | Sexual Activity; 18 U.S.C. § 2423(b) - Travel in Interstate |
| Defendant. | Commerce with Intent to Engage in Illicit Sexual Conduct |

I N D I C T M E N T

COUNT ONE:   18 U.S.C. § 2422(b) - Use of a Facility of Interstate
             Commerce to Induce Minor to Engage in Criminal Sexual
             Activity]

   The Grand Jury charges T H A T:

                TIMOTHY CRAIG RANDALL,
                    aka "timnevada",

defendant herein, between in or about November 2005 and April 27,
2006, in the Eastern District of California and elsewhere, using
facilities and means of interstate commerce, knowingly attempted to
persuade, induce, and entice an individual whom he believed had not

1

1  attained the age of 18 years, to engage in sexual activity for which
2  any person could be charged with a criminal offense, that is, the
3  defendant did use the Internet, telephones, and other means of
4  interstate commerce to attempt to persuade, induce, and entice an
5  individual whom he believed to be a 13 year-old female to engage in
6  sexual activity which constitutes a crime within the State of
7  California, pursuant to California Penal Code section 288(a), all in
8  violation of Title 18, United States Code, Section 2422(b).

COUNT TWO:   [18 U.S.C. § 2423(b) - Travel in Interstate Commerce with Intent to Engage in Illicit Sexual Conduct]

The Grand Jury further charges T H A T:

TIMOTHY CRAIG RANDALL,
aka "timnevada",

defendant herein, on or about April 27, 2006, within the Eastern District of California and elsewhere, did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, in that the defendant traveled via state and interstate highways from Carson City, Nevada to South Lake Tahoe, California, for the purpose of meeting with an individual whom he believed to be a 13 year-old female, to have illicit sexual activity as defined in Title 18, United States Code, Section 2423(f), in South Lake Tahoe, California, all in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL.



FOREPERSON

/s/ McGREGOR W. SCOTT
McGREGOR W. SCOTT
United States Attorney

## PENALTY SLIP

### TIMOTHY CRAIG RANDALL, aka "timnevada"

**COUNT ONE**

VIOLATION: 18 U.S.C. § 2422(b) - Use of Facility of Interstate Commerce to Induce Minor to Engage in Criminal Sexual Activity

PENALTY: Not more than $250,000 fine, or
No less than 5 years and up to 30 years imprisonment, or both
Not more than 5 years of supervised release

**COUNT TWO**

VIOLATION: 18 U.S.C. § 2423(b) - Travel in Interstate Commerce to Engage in Illicit Sexual Activity

PENALTY: Not more than $250,000 fine, or
Not more than 30 years imprisonment, or both
Not more than 5 years of supervised release

PENALTY ASSESSMENT: $100.00 special assessment (each count)

2 06 - CR - 0 3 4 1 EJG