**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

DATE: October 24, 2006

TO: Colleen Lydon, Courtroom Clerk to
Honorable Edward J. Garcia

FROM: B. Cricket Fox, Secretary to
Linda C. Harter, Chief Assistant Federal Defender

c/EJG

SUBJECT: Timothy Craig Randall
CR-S-06-341-EJG

---

This Memo shall serve as confirmation that Judgment and Sentencing, presently scheduled for December 1, 2006, is to be continued to **Friday, December 15, 2006 at 10:00 a.m.**

The following will be the new schedule for disclosure of the Presentence report and for filing of objections to the Presentence report:

Proposed Presentence Report to Counsel . . . . . . . . November 10, 2006

Counsel's Written Objections Due No Later Than . . . November 24, 2006

Presentence Report Shall be Filed with the Court and
Disclosed to Counsel No Later Than . . . . . . . . . . . . . December 1, 2006

Motion for Correction Due No Later Than . . . . . . . . . . December 8, 2006

The Courtroom Clerk has been notified and Assistant United States Attorney Michelle Rodriguez and United States Probation Officer Phil Mizutani have no objections to the new dates.

IT IS SO ORDERED.

Dated: October 25, 2006

EDWARD J. GARCIA
United States District Court

/cf
cc: Michelle Rodriguez, AUSA
Phil Mizutani, USPO
Timothy Craig Randall