**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*                                          *Chief Assistant Defender*

# M E M O R A N D U M

DATE:     December 4, 2006

TO:       Colleen Lydon, Courtroom Clerk to
          Honorable Edward J. Garcia

FROM:     B. Cricket Fox, Secretary to
          Linda C. Harter, Chief Assistant Federal Defender

SUBJECT:  Timothy Craig Randall
          CR-S-06-341-EJG

---

    This Memo shall serve as confirmation that Judgment and Sentencing, presently scheduled for hearing on December 22, 2006, is to be continued to **Friday, February 2, 2007 at 10:00 a.m.**

    The following will be the new schedule for disclosure of the Presentence report and for filing of objections to the Presentence report:

    Counsel's Written Objections Due No Later Than . . . . . January 12, 2007

    Presentence Report Shall be Filed with the Court and
    Disclosed to Counsel No Later Than  . . . . . . . . . . . . . . January 19, 2007

    Motion for Correction Due No Later Than . . . . . . . . . . . January 26, 2007

    The Courtroom Clerk has been notified and also Assistant United States Attorney Michelle Rodriguez and Supervising United States Probation Officer Karen Meusling on behalf of Phil Mizutani.

IT IS SO ORDERED.

Dated: December 6, 2006                 /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Court

/cf
cc:   Michelle Rodriguez, AUSA
      Phil Mizutani, USPO
      Timothy Craig Randall