**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

**FILED**
JAN 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

DATE: January 5, 2007

TO: Colleen Lydon, Courtroom Clerk to Honorable Edward J. Garcia

FROM: B. Cricket Fox, Secretary to Linda C. Harter, Chief Assistant Federal Defender

SUBJECT: Timothy Craig Randall
CR-S-06-341-EJG

*JTS Feb 16, 07*

---

This Memo shall serve as confirmation that Judgment and Sentencing, presently scheduled for hearing on February 2, 2007, is to be continued to **Friday, February 16, 2007 at 10:00 a.m.**

The following will be the new schedule for disclosure of the Presentence report and for filing of objections to the Presentence report:

Counsel's Written Objections Due No Later Than . . . . . January 26, 2007

Presentence Report Shall be Filed with the Court and
Disclosed to Counsel No Later Than . . . . . . . . . . . . . . . February 2, 2007

Motion for Correction Due No Later Than . . . . . . . . . . . February 9, 2007

The Courtroom Clerk has been notified and also Assistant United States Attorney Michelle Rodriguez and Supervising United States Probation Officer Karen Meusling on behalf of Phil Mizutani.

IT IS SO ORDERED.

Dated: January 9, 2007

_____
EDWARD J. GARCIA
United States District Court

/cf
cc:  Michelle Rodriguez, AUSA
     Phil Mizutani, USPO
     Timothy Craig Randall