BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2726

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06CR00341 |
| Plaintiff, | |
| v. | RELEASE OF LIEN FOR FINE/RESTITUTION |
| TIMOTHY C. RANDALL, | |
| SSN:  \*\*\*-\*\*-1616 | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Release of the judgment lien obtained herein is hereby acknowledged, and you are instructed to enter a Release of Lien for Fine/Restitution.  A Notice of Lien For Fine/Restitution was entered by the Recorder of Roberts County, Register of Deeds, Sisseton, South Dakota, Document#923-26040, on May 24, 2007.  The Notice of Lien For Fine/Restitution is hereby acknowledged as released as to Defendant Timothy C. Randall.

DATED:  4/29/10

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Ana Maria Martel
ANA MARIA MARTEL
Assistant U.S. Attorney

RELEASE OF LIEN FOR FINE/RESTITUTION